IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
-AT WHEELING-

**FILED**

JUL 1 0 2007

U.S. DISTRICT COURT
WHEELING, WV 26003

JOHN R. McCLOUD,

    Plaintiff,

vs.                             CIVIL ACTION NO. 5:07-CV-58
                                   JUDGE FREDERICK P. STAMP, JR.

JAYSON R. HOBBS and
ALLSTATE INSURANCE COMPANY,

    Defendants.

## AGREED PARTIAL DISMISSAL ORDER

This day came the plaintiff, John R. McCloud, by his counsel, Gold, Khourey & Turak, LC and Jonathan E. Turak, and came the defendant, Allstate Insurance Company, by its counsel, Steptoe & Johnson, PLLC and Mark E. Kinley on the underinsured motorists claim of plaintiff, and Bowles, Rice, McDavid, Graff & Love, LLP and Ronda L. Harvey on the remaining claims of plaintiff against Allstate Insurance Company, jointly moving that the underinsured motorists claim of plaintiff against Allstate Insurance Company be dismissed as fully compromised and settled.

And it appearing that the parties have so agreed, as shown by the signatures of their attorneys of record below, it is, accordingly, ORDERED that the underinsured motorists claim of the plaintiff against Allstate Insurance Company be, and the same is hereby, dismissed as fully compromised and settled.

WH152843.1

The Clerk is directed to forward certified copies of this Agreed Partial Dismissal Order to all attorneys of record herein and this action shall continue on the docket of this Court as to the remaining claims of plaintiff against Allstate Insurance Company.

ENTERED: July 10, 2007

*[signature]*
FREDERICK P. STAMP, JR. Judge of the
United States District Court for the Northern
District of West Virginia

Agreed:

*[signature]*
Jonathan E. Turak, Esq.
Gold, Khourey & Turak, LC
510 Tomlinson Avenue
Moundsville, WV 26041
*Counsel for Plaintiff*

*[signature]*
Ronda L. Harvey, Esq.
Bowles, Rice, McDavid, Graff & Love, LLP
600 Quarrier Street
P.O. Box 1386
Charleston, WV 25325
*Counsel for Allstate Ins. Co. on the claims of Plaintiff other than the UIM claim*

*[signature]*
Mark E. Kinley, Esq.
Steptoe & Johnson, PLLC
1233 Main Street, Suite 3000
P.O. Box 751
Wheeling, WV 26003
*Counsel for Allstate Ins. Co. on the UIM Claim of Plaintiff*