IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

JOHN R. McCLOUD,

    Plaintiff,

v.                                                      Civil Action No. 5:07CV58
                                                                  (STAMP)

JAYSON R. HOBBS and
ALLSTATE INSURANCE COMPANY,

    Defendant.

## ORDER OF PARTIAL DISMISSAL

This Court has received a mediation report advising that the matters in controversy between plaintiff, John McCloud, and defendant, Allstate Insurance Company, in the above-styled civil action have been compromised and settled. Therefore, it is ORDERED that the plaintiff's claims against Allstate Insurance Company be DISMISSED WITH PREJUDICE, subject to the reopening on motion of any party, and for good cause shown, within 90 days.

The parties need not submit any additional proposed dismissal or other final order unless it is required by law or is necessary under the terms of any agreement resolving this civil action.

This Court has not been advised that the plaintiff's claim against Jayson R. Hobbs has been compromised, thus that claim remains. This Court notes, however, that Mr. Hobbs has not yet been served in this action.

IT IS SO ORDERED.

The Clerk is directed to transmit a copy of this order to counsel of record herein.

DATED:      September 4, 2007

                              /s/ Frederick P. Stamp, Jr.
                              FREDERICK P. STAMP, JR.
                              UNITED STATES DISTRICT JUDGE